## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. 3:16-CR-136-MOC |
| | ) | |
| v. | ) | **Order to Unseal** |
| | ) | |
| **RICHARD ANTONUCCI,** | ) | |
| **IZABETH M. BUSTAMANTE,** | ) | |
| **STEPHANIE Q. SANCHEZ,** | ) | |
| and | ) | |
| **DAVID F. VON RIESEN,** | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER UNSEALING INDICTMENT
## AND ARREST WARRANTS

Upon motion of the United States and for the reasons given, IT IS HEREBY ORDERED

that the Indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED this ___2___ day of June, 2016.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE